# EXHIBIT 2

**U.S. Patent No. 11,678,938**

| Claim Element | Claim Language | DeGen Medical's Evidence of Use |
|---|---|---|
| **Independent Claim 1** | | |
| 1P | 1. A computer-implemented method for providing patient-specific medical care, the method comprising: | DeGen has a pre-surgical implant design process for designing patient-specific implants for a specific patient. Example patient-specific implants are shown below. Designing patient-specific implants for surgical implantation is providing patient-specific medical care.<br><br><br>*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)* |

**Antonio J. Webb, MD** • 2nd
Orthopedic Spine Surgeon Board Certified | Combat V...
1mo •

+ Follow ···

What if your spine implant was designed specifically for you instead of using a one-size-fits-most implant?

One of the most exciting advances in spine surgery is the use of patient-specific 3D printed ALIF implants.

Before surgery, we carefully review your CT scan and MRI to understand your unique anatomy. In select patients, that information can be used to design an implant that better matches the shape and contour of your vertebral endplates.

Why does that matter? A better fit can maximize the contact area between the implant and your bone. That may improve initial stability, help distribute forces more evenly across the endplate, and reduce the risk of the implant settling into the bone, which is known as subsidence.

These implants are also manufactured with a porous architecture designed to encourage bone to grow into the implant, promoting a solid fusion over time.

Now, it's important to understand that patient-specific implants are not necessary for everyone. Standard implants work extremely well for many patients. But in complex anatomy, revision surgery, significant deformity, or other carefully selected cases, a custom implant may provide important advantages.

Technology continues to push spine surgery forward, and my goal is always the same: choose the right operation, with the right implant, for the right patient.

That's personalized spine surgery!
#degenmedical #3dprinted



| | | |
|---|---|---|
| | | *https://www.linkedin.com/posts/antoniowebbmd_degenmedical-3dprinted-activity-7488718559741845504-QXwh*   *https://www.linkedin.com/posts/antoniowebbmd_degenmedical-3dprinted-activity-7488718559741845504-QXwh* |

<table>
<tr>
<td></td>
<td></td>
<td>

<br>
https://www.linkedin.com/posts/antoniowebbmd_degenmedical-3dprinted-activity-7488718559741845504-QXwh
<br><br>
Computer software is used to generate the virtual models, shown above. The virtual models are used to design patient-specific implants. Thus, the following method is "computer-implemented."</td>
</tr>
</table>

| | | |
|---|---|---|
| 1A | receiving one or more images of a patient's spinal region in a native anatomical configuration; | <br>*https://www.linkedin.com/posts/antoniowebbmd_spinesurgery-spinesurgeon-alif-activity-7435680615947067392-3skD* |




*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)*

The images (x-rays, MRI scans, CT scans) of the "patient's spinal region in a native anatomical configuration" are received to initiate the method for providing patient-specific medical care.

| | | |
|---|---|---|
| 1B | creating a three-dimensional virtual model of the spinal region in the native anatomical configuration using computer aided design software, wherein the three-dimensional virtual model is based on the one or more images; | <br>*https://www.linkedin.com/posts/antoniowebbmd_spinesurgery-spinesurgeon-alif-activity-7435680615947067392-3skD*<br><br>A 3D virtual model is created using CAD software and based on imaging. The virtual model of at least a portion of the patient's spine is shown in green and red. |

<table>
<tr>
<td>1C</td>
<td>measuring one or more native spine metric values associated with anatomical elements of the three-dimensional virtual model;</td>
<td>



*https://www.linkedin.com/posts/antoniowebbmd_spinesurgery-spinesurgeon-alif-activity-7435680615947067392-3skD*

The images in the lower central LinkedIn post show measurements of the pre-op radiograph.
</td>
</tr>
</table>

| | | | |
|---|---|---|---|
| | | | That's personalized spine surgery!<br>#degenmedical #3dprinted<br><br><br>Jameil (Jay) Pendleton™ and 104 others 7 comments • 6 reposts |

| | | |
|---|---|---|
| | | *https://www.linkedin.com/posts/antoniowebbmd_spinesurgery-spinesurgeon-alif-activity-7435680615947067392-3skD*<br><br><br>*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)*<br><br>The images on the right show measurement of the native anatomy and corrected anatomy. |
| 1D | determining a corrected anatomical configuration for the patient's spinal region based, at least in part, on the one or more native spine metric values; | |

| | | |
|---|---|---|
| | | <br>Antonio J. Webb, MD · 2nd + Follow<br>Orthopedic Spine Surgeon Board ...<br>3mo ·<br><br>I recently performed my first ALIF using a patient-specific DeGen Medical, Inc. implant.<br><br>This means the implant was designed specifically for the patient using their MRI and CT scans rather than choosing a standard implant off the shelf.<br><br>Everyone's spine anatomy is slightly different, but traditionally surgeons use implants that come in a limited range of shapes and sizes. With this newer technology, the implant can be designed to better match the patient's natural anatomy. The goal is to improve how the implant fits, restore the natural height of the disc space, and provide better stability for the spine.<br><br>It's still early, but I'm excited to continue using this technology and collect data as I perform more of these procedures. I believe patient-specific implants could play a big role in the future of spine surgery as we move toward more personalized treatment for each patient.<br><br>https://antoniowebbmd.com<br><br>*https://www.linkedin.com/posts/antoniowebbmd_spinesurgery-spinesurgeon-alif-activity-7435680615947067392-3skD*<br><br>Dr. Webb states that the implant designed by the system "restores the natural height of the disc space." The restoration of the disc space indicates that a "change to the spatial relationship between the at least two vertebrae" has been made by his proposed changes and was based on (adjustment of) native spine metric values. |

| | | | |
|---|---|---|---|
| | | | That's personalized spine surgery!<br>#degenmedical #3dprinted<br><br><br>Jameil (Jay) Pendleton™ and 104 others 7 comments • 6 reposts |

| | | |
|---|---|---|
| | | *https://www.linkedin.com/posts/antoniowebbmd_degenmedical-3dprinted-activity-7488718559741845504-QXwh*<br><br><br>Dr. Derman's quote about the "dial"ing in of the correction shows that the anatomy has been adjusted in the 3D virtual model to change the spatial relationship between at least two vertebrae based on one or more proposed changes to the native spine metric values. |
| 1E | generating a corrected three-dimensional virtual model of the patient's spinal region in the corrected anatomical configuration; | <br> |

| | | |
|---|---|---|
| | | *https://www.linkedin.com/posts/antoniowebbmd_spinesurgery-spinesurgeon-alif-activity-7435680615947067392-3skD*<br><br>The corrected 3D virtual model is shown in the lower left as an overlay of the corrected virtual model and the corrected anatomical configuration. |

| | | | |
|---|---|---|---|
| | | | That's personalized spine surgery!<br>#degenmedical #3dprinted<br><br><br>Jameil (Jay) Pendleton™ and 104 others 7 comments • 6 reposts |

<table>
<tr><td></td><td></td><td>https://www.linkedin.com/posts/antoniowebbmd_degenmedical-3dprinted-activity-7488718559741845504-QXwh</td></tr>
<tr><td>1F</td><td>measuring at least one corrected spine metric value associated with the anatomical elements of the corrected three-dimensional virtual model;</td><td>

https://www.linkedin.com/posts/antoniowebbmd_spinesurgery-spinesurgeon-alif-activity-7435680615947067392-3skD</td></tr>
</table>

<table>
<tr>
<td></td>
<td></td>
<td>
The images in the lower central LinkedIn post show measurements of the pre-op radiograph. That information, coupled with the above surgeon user comments of



Antonio J. Webb, MD • 2nd
Orthopedic Spine Surgeon Board Certified | Combat V...
1mo •
+ Follow

One of the questions I get asked most often is: Do you actually achieve the correction that you planned before surgery?

This is where patient-specific technology has completely changed the way we approach spine surgery!

Before every operation, we create a patient-specific surgical plan using advanced imaging and specialized software. We analyze each patient's anatomy, calculate their ideal alignment, and, in select cases, utilize patient-specific 3D printed ALIF implants designed specifically for their spine.

Take this patient as an example.

Before surgery, his measurements showed:
• Pelvic Incidence (PI): 67.7°
• Lumbar Lordosis (L1-S1): 48.5°
• Ideal Lumbar Lordosis: 71.0°
• Relative Lumbar Lordosis: -22.5°, indicating moderate hypolordosis and sagittal imbalance.

Based on his anatomy, we planned to restore lumbar lordosis by approximately 22.5°, with most of that correction occurring through multilevel ALIF procedures.

After surgery, we compared the postoperative X-rays with the original surgical plan.

His postoperative lumbar lordosis increased to approximately 62.2°, achieving a substantial portion of the planned correction while restoring segmental lordosis at each operative level and significantly improving his overall spinal alignment.

This isn't about making an X-ray look better.

It's about restoring normal biomechanics, improving sagittal balance, optimizing load sharing across the spine, and creating the best possible environment for a successful fusion and long-term outcome.

That's the power of combining patient-specific planning, patient-specific 3D printed implants, and meticulous surgical execution. Modern spine surgery isn't one-size-fits-all—it's personalized to each patient's anatomy and alignment goals.

#PatientSpecific #3DPrinting #degenmedical #PersonalizedMedicine #SpineTechnology
</td>
</tr>
</table>

| | | |
|---|---|---|
| | | *https://www.linkedin.com/posts/antoniowebbmd_patientspecific-3dprinting-degenmedical-activity-7488958364798906368-vwty*<br>That's personalized spine surgery!<br>#degenmedical #3dprinted<br><br>Jameil (Jay) Pendleton™ and 104 others 7 comments • 6 reposts |

*https://www.linkedin.com/posts/antoniowebbmd_degenmedical-3dprinted-activity-7488718559741845504-QXwh*




The images on the right show measurement of the native anatomy and corrected anatomy.

| | | | |
|---|---|---|---|
| | | | That's personalized spine surgery!<br>#degenmedical #3dprinted<br><br><br>Jameil (Jay) Pendleton™ and 104 others 7 comments • 6 reposts |

| | | |
|---|---|---|
| 1G | generating a surgical plan for achieving the corrected anatomical configuration, the surgical plan including one or more images of the corrected three-dimensional virtual model with the anatomical elements, the one or more native spine metric values associated with anatomical elements, and the at least one corrected spine metric value associated with anatomical elements; | <br><br>The "Case Report" is considered a "surgical plan for achieving the corrected anatomical configuration" and includes "images of the corrected 3D virtual model with the anatomical elements" shown in green. Additionally, the native spine metric values associated with anatomical elements and a corrected spine metric.<br><br>*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)* |







*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)*

| | | | |
|---|---|---|---|
| | | | That's personalized spine surgery!<br>#degenmedical #3dprinted<br><br><br>Jameil (Jay) Pendleton™ and 104 others 7 comments • 6 reposts |

<table>
<tr>
<td>1H</td>
<td>transmitting the surgical plan for surgeon viewing the corrected anatomical configuration, the one or more native spine metric values, and the at least one corrected spine metric value; and</td>
<td>



Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)

"The team will provide" shows that the surgical plan is transmitted (second bullet point above) and contains native spine metric values and corrected spine metric value(s) (table in lower left of slide below).



</td>
</tr>
</table>

| | | |
|---|---|---|
| 1I | after receiving surgeon approval of the surgical plan, designing one or more patient-specific virtual intervertebral implants based on the corrected three-dimensional virtual model so as to achieve the corrected anatomical configuration. | <br><br>*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)*<br><br>Bullet three indicates surgeon approval. The flow chart at the bottom shows designing of the patient-specific virtual implant based on corrected virtual model to achive the corrected anatomical configuration. |