# EXHIBIT 6

## U.S. Patent No. 12,491,085

| Claim Element | Claim Language | DeGen Medical's Evidence of Use |
|---|---|---|
| **Independent Claim 1** | | |
| 1P | A computer-implemented method of designing a patient-specific implant system for a patient, the method comprising: | DeGen designs patient-specific implants for a patient:     |

| | | |
|---|---|---|
| | | *Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)*<br><br>Computer software is used to generate the virtual models, shown above. The virtual models are used to design patient-specific implants. Thus, the following method is "computer-implemented." |
| 1A | generating an adjustable virtual three-dimensional model of at least a portion of the spine of the patient; | DeGen's pre-operative planning process includes generating a three-dimensional virtual model of a portion of the patient's spine:<br><br><br><br><br>*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)*<br><br>DeGen's virtual three-dimensional model is adjustable: (1) the software generates adjustable models, and (2) DeGen provides a virtual model showing adjusted patient anatomy: |

| | | |
|---|---|---|
| | | <br>*https://www.linkedin.com/posts/antoniowebbmd_spinesurgery-spinesurgeon-alif-activity-7435680615947067392-3skD*<br><br>In the image above, the red model represents pre-operative anatomy, and the green model represents predicted post-operative anatomy. Transforming the red model to the green model indicates that the red model is adjustable. |
| 1B | receiving one or more user-inputted adjustments to the adjustable virtual three-dimensional model to provide one or more patient-specific corrections to the patient's spine; | Degen's implant design process includes determining a desired correction (i.e., one or more patient-specific corrections) to the patient's spine: |




*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)*

The patient-specific corrections are received from a user:




Dr. Derman quotes on LinkedIn after using the system: "I really enjoyed using these patient specific implants. I can really dial in my correction(.)" The "dial"ing indicates that the DeGen system received from a user (Dr. Derman) one or more changes to the anatomy where the changes include one or more patient-specific corrections to the patient's spine.

| | | |
|---|---|---|
| | | The adjustable virtual three-dimensional model is updated to show the one or more patient-specific corrections (the inclusion of the implant in the virtual model confirms the model includes the desired correction):   *Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)* |

| | | |
|---|---|---|
| | | <br>*https://www.linkedin.com/posts/antoniowebbmd_spinesurgery-spinesurgeon-alif-activity-7435680615947067392-3skD* |
| 1C | mapping, using the adjustable virtual three-dimensional model showing the one or more patient-specific corrections, a negative space between a first vertebral body endplate and a second vertebral body endplate, | DeGen positions a virtual implant in the negative space between a first virtual body endplate and a second vertebral body endplate in the three-dimensional model showing the patient-specific corrections: |

| | | |
|---|---|---|
| | |  *Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)* The virtual implant model in the negative space indicates mapping of the negative space. |
| 1D | wherein the negative space includes contouring corresponding to patient-specific contouring of the first vertebral body endplate and the second vertebral body endplate; and | DeGen's patient-specific implants are designed "from patient anatomy" to have "endplate-matched geometry": |

| | | |
|---|---|---|
| | | <br>*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)*<br><br>To create implants with "endplate-matched geometry," the negative space includes contouring corresponding to patient-specific contouring for the first and second vertebral body endplates. |
| 1E | designing a patient-specific implant system configured to provide the one or more patient-specific corrections when implanted in the patient, the patient-specific implant system including | DeGen designs patient-specific implants for providing the one or more patient-specific corrections: |




*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)*

As DeGen explains, the one or more patient-specific corrections can include, for example, at least a planned height and a planned lordosis:




*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)*

| | | |
|---|---|---|
| | | This is further confirmed by DeGen showing virtual models of the implant in virtual models of patient anatomy having the one or more patient-specific corrections:<br><br>*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)* |

| | | |
|---|---|---|
| | | <br>*https://www.linkedin.com/posts/antoniowebbmd_degenmedical-3dprinted-activity-7488718559741845504-QXwh* |
| 1F | a base configured to be implanted between the first vertebral body endplate and the second vertebral body endplate and having a shape corresponding to the mapped negative space such that the base comprises a first bone contacting surface having a | DeGen's patient-specific implants are configured to be implanted between first and second endplates with a shape corresponding to |

| | | |
|---|---|---|
| | first patient-specific shape corresponding to the patient-specific contouring of the first vertebral body endplate and a second bone contacting surface having a second patient-specific shape corresponding to the patient-specific contouring of the second vertebral endplate; and | the mapped negative space. The bone contacting surfaces are patient-specific:<br><br><br>*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)*<br><br>DeGen's patient-specific implants can have many different shapes and sizes, but each have patient-specific bone contacting surfaces: |

| | | |
|---|---|---|
| | |  <br>*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)* |
| 1G | a deployable fixation element configured to provide fixation between the base and at least one of the first or second vertebral body endplates. | DeGen's patient-specific implants are configured to be used with screws and/or tusks ("fixation elements") that are deployed through channels in the implant base to provide fixation:<br>  |

| | | |
|---|---|---|
| | |  Solar-S PSI |
| | **Independent Claim 11** | |
| 11P | A method of designing a patient-specific interbody implant system for a patient, the method comprising: | DeGen designs patient-specific implants for a patient:     |

<table>
<tr>
<td></td>
<td></td>
<td>Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)<br><br>Thus, Degen performs methods of designing patient-specific implants for patients.</td>
</tr>
<tr>
<td>11A</td>
<td>non-invasively determining a patient-specific correction for the spine of the patient by adjusting a virtual three-dimensional model of at least a portion of the spine of the patient; and</td>
<td>DeGen’s implant design process includes determining a desired correction (i.e., a patient-specific correction) to spinal anatomy:<br><br>
<br>Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)<br><br>DeGen does so by manipulating a virtual model of patient anatomy. For example, in the image below, the red model represents a patient’s pre-operative anatomy and the green model represents a predicted post-operative anatomy with the patient specific correction (the inclusion of the virtual implant in the green model confirms the green model includes the desired correction):</td>
</tr>
</table>

| | | |
|---|---|---|
| | |  |

| | | |
|---|---|---|
| | | That's personalized spine surgery!<br>#degenmedical #3dprinted<br><br><br>Jameil (Jay) Pendleton™ and 104 others 7 comments • 6 reposts<br><br>*https://www.linkedin.com/posts/antoniowebbmd_degenmedical-3dprinted-activity-7488718559741845504-QXwh* |

| | | |
|---|---|---|
| | | Because the adjustments are made to virtual models as shown above, determining the patient-specific correction is done non-invasively. |
| 11B | mapping, using the adjusted virtual three-dimensional model showing the patient-specific correction, a negative space between a first vertebral body endplate and a second vertebral body endplate the spine of the patient, | DeGen positions a virtual implant in the mapped negative space between a first virtual body endplate and a second vertebral body endplate in the three-dimensional model showing the patient-specific correction:<br><br><br>*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)* |

| | | |
|---|---|---|
| 11C | wherein the negative space includes contouring corresponding to patient-specific contouring of the first vertebral body endplate and the second vertebral body endplate; and | DeGen's patient-specific implants are designed "from patient anatomy" to have "endplate-matched geometry":<br><br><br>*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)*<br>To create implants with "endplate-matched geometry," the negative space includes contouring corresponding to patient-specific contouring for the first and second vertebral body endplates. |
| 11D | designing a patient-specific interbody implant system based at least in part on the adjusted virtual three-dimensional model and configured to provide the patient-specific correction when implanted in the spine of the patient, the patient-specific interbody implant system comprising: | DeGen designs patient-specific implants for providing the patient-specific correction: |




*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)*

As DeGen explains, the patient-specific correction can include, for example, at least a planned height and a planned lordosis:




This is done based at least in part on the adjusted three-dimensional model because a virtual rendering of the implant is shown in the virtual models of patient anatomy having the patient-specific correction:

| | | |
|---|---|---|
| | |  *Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)* |
| 11E | a base configured to be implanted between the first vertebral body endplate and the second vertebral body endplate and having a shape corresponding to the mapped negative space such that the base comprises a first bone contacting surface having a first patient-specific shape corresponding to the patient-specific contouring of the first vertebral body endplate and a second bone contacting surface having a second patient-specific shape corresponding to the patient-specific contouring of the second vertebral body endplate; and | DeGen's patient-specific implants are configured to be implanted between first and second endplates with a shape corresponding to the mapped negative space. The bone contacting surfaces are patient-specific:   |

| | | |
|---|---|---|
| | | *Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)*<br><br>DeGen's patient-specific implants can have many different shapes and sizes, but each have patient-specific bone contacting surfaces:<br><br><br><br><br>*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)* |
| 11F | a deployable fixation element configured to provide fixation between the base and at least one of the first or second body vertebral endplates. | DeGen's patient-specific implant systems include screws and/or tusks ("fixation elements") that are deployed through channels in the implant base to provide fixation: |

| | | |
|---|---|---|
| | | Deployable fixation elements<br><br><br>*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)*<br><br><br>*DeGen Medical Solar PSI Anterior Lumbar Interbody Fusion System Surgical Technique Guide, MKG-17001* |