# EXHIBIT 8

**U.S. Patent No. 12,622,785**

<table>
<tr><th>Claim Element</th><th>Claim Language</th><th>DeGen Medical’s Evidence of Use</th></tr>
<tr><td colspan="3">Independent Claim 24</td></tr>
<tr><td>24P</td><td>A method comprising:</td><td></td></tr>
<tr><td>24A</td><td>receiving, via a computer system, at least one image of a patient;</td><td>DeGen’s process includes receiving patient images in the form of a CT scan:




Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT

DeGen’s process uses computer software to generate models based on the patient images. This indicates the images are received by a computer system.</td></tr>
</table>

| | | |
|---|---|---|
| 24B | performing an orthopedic implant design process for achieving a planned orthopedic correction, the orthopedic implant design process including: | DeGen performs each of the sub-elements 24C, 24D, and 24E that define the "orthopedic implant design process." Therefore, Degen performs the orthopedic implant design process. |
| 24C | generating a virtual model representing at least a portion of a spine of the patient based on anatomy of interest in the at least one image; | DeGen's pre-operative planning process includes generating a virtual model of a portion of the patient's spine:   *Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT* |

| | | |
|---|---|---|
| | |  *https://www.linkedin.com/posts/antoniowebbmd_spinesurgery-spinesurgeon-alif-activity-7435680615947067392-3skD* |
| 24D | manipulating one or more spatial relationships between vertebrae of the virtual model to provide a corrected virtual model of the patient; and | DeGen's implant design process includes determining a desired correction to patient anatomy: |




*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT*

DeGen also generates a virtual model of the desired correction to patient anatomy, providing a corrected virtual model of the patient (the inclusion of the implant in the virtual model confirms the model includes the desired correction):



| | | |
|---|---|---|
| | |  *Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT* |

| | | |
|---|---|---|
| | |  *https://www.linkedin.com/posts/antoniowebbmd_spinesurgery-spinesurgeon-alif-activity-7435680615947067392-3skD*The virtual model is updated from its original form based on patient images to the form showing the desired correction indicating manipulation of spatial relationships between individual vertebrae. |
| 24E | after manipulating the one or more spatial relationships, positioning a virtual orthopedic implant at a negative space between the vertebrae of the corrected virtual model; and | DeGen positions a virtual implant at the negative space between the vertebrae to show the desired correction: |

| | | |
|---|---|---|
| | | <br><br>*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT* |
| 24F | sending a plan displayable via a display of a user device, to view at least a portion of the corrected virtual model with the virtual orthopedic implant positioned at the negative space and one or more metrics associated with the portion of the corrected virtual model. | DeGen's process includes sending a case report (i.e., a plan) to the surgeon for review: |

| | | |
|---|---|---|
| | | <br>*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT* |



**Antonio J. Webb, MD** • 2nd
Orthopedic Spine Surgeon Board Certified | Combat V...
1mo •

+ Follow ···

One of the questions I get asked most often is: Do you actually achieve the correction that you planned before surgery?

This is where patient-specific technology has completely changed the way we approach spine surgery!

Before every operation, we create a patient-specific surgical plan using advanced imaging and specialized software. We analyze each patient's anatomy, calculate their ideal alignment, and, in select cases, utilize patient-specific 3D printed ALIF implants designed specifically for their spine.

Take this patient as an example.

Before surgery, his measurements showed:
• Pelvic Incidence (PI): 67.7°
• Lumbar Lordosis (L1-S1): 48.5°
• Ideal Lumbar Lordosis: 71.0°
• Relative Lumbar Lordosis: -22.5°, indicating moderate hypolordosis and sagittal imbalance.

Based on his anatomy, we planned to restore lumbar lordosis by approximately 22.5°, with most of that correction occurring through multilevel ALIF procedures.

After surgery, we compared the postoperative X-rays with the original surgical plan.

His postoperative lumbar lordosis increased to approximately 62.2°, achieving a substantial portion of the planned correction while restoring segmental lordosis at each operative level and significantly improving his overall spinal alignment.

This isn't about making an X-ray look better.

It's about restoring normal biomechanics, improving sagittal balance, optimizing load sharing across the spine, and creating the best possible environment for a successful fusion and long-term outcome.

That's the power of combining patient-specific planning, patient-specific 3D printed implants, and meticulous surgical execution. Modern spine surgery isn't one-size-fits-all—it's personalized to each patient's anatomy and alignment goals.

#PatientSpecific #3DPrinting #degenmedical #PersonalizedMedicine #SpineTechnology

*https://www.linkedin.com/posts/antoniowebbmd_patientspecific-3dprinting-degenmedical-activity-7488958364798906368-vwty*

The case report appears to include both the corrected virtual model with the virtual orthopedic implant and one or more metrics associated with the portion of the corrected virtual model:

1. As set forth above for claim element 24E, DeGen generates a corrected virtual model with the virtual orthopedic implant.

2. DeGen also designs the correction and implant to achieve a planned footprint, disc height, and lordosis (see below). Each of these is a "metric" that would be associated with the portion of the corrected virtual model.




*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT*

That's personalized spine surgery!
#degenmedical #3dprinted



CORRECTION

| Instrumented Level: | | | L3/L4 | | |
|---|---|---|---|---|---|
| Lordosis Correction (°) | | Coronal Correction (°) | | Posterior Height Correction (mm) | |
| Before: | After: | Before: | After: | Before: | After: |
| 4.7 | 11 | 9.13 | 4.24 | 2.01 | 6.5 / 7.5 / 8.5 |

Angle and Height Measurements Taken Midbody
Height Correction Based on Height Value Requested from Surgeon (Anterior or Posterior)

Anterior View | Lateral View



| Instrumented Level: | | | L4/L5 | | |
|---|---|---|---|---|---|
| Lordosis Correction (°) | | Coronal Correction (°) | | Posterior Height Correction (mm) | |
| Before: | After: | Before: | After: | Before: | After: |
| 5.7 | 11.7 | 0.48 | 2.93 | 1.55 | 6.5 / 7.5 / 8.5 |

Angle and Height Measurements Taken Midbody
Height Correction Based on Height Value Requested from Surgeon (Anterior or Posterior)

Anterior View | Lateral View



Jameil (Jay) Pendleton™ and 104 others 7 comments • 6 reposts

That's personalized spine surgery!
#degenmedical #3dprinted




Jameil (Jay) Pendleton™ and 104 others 7 comments • 6 reposts

| | | |
|---|---|---|
| | | *https://www.linkedin.com/posts/antoniowebbmd_degenmedical-3dprinted-activity-7488718559741845504-QXwh* (Video stills) |
| | **Independent Claim 32** | |
| 32P | A method comprising: | |
| 32A | receiving, using a computer system, at least one image of a patient; | DeGen's process includes receiving patient images in the form of a CT scan:<br><br><br>*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)* |
| 32B | generating, using the computer system, a virtual model representing at least a portion of a spine of the patient in the at least one image; | DeGen generates a virtual model of a portion of the patient's spine: |

| | | |
|---|---|---|
| | | <br><br>*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)*<br><br>*https://www.linkedin.com/posts/antoniowebbmd_spinesurgery-spinesurgeon-alif-activity-7435680615947067392-3skD* |

| | | |
|---|---|---|
| 32C | determining one or more spatial relationships between anatomical elements of the virtual model to represent an anatomical correction; | DeGen's implant design process includes determining a desired correction (i.e., the anatomical correction) to patient anatomy:<br><br><br>*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)*<br><br>DeGen also generates a virtual model of the desired correction to patient anatomy, providing a corrected virtual model of the patient shown below. |

| | | |
|---|---|---|
| | | <br><br>*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)* |

| | | |
|---|---|---|
| | |  *https://www.linkedin.com/posts/antoniowebbmd_spinesurgery-spinesurgeon-alif-activity-7435680615947067392-3skD* The virtual model showing the desired correction indicates that DeGen determines spatial relationships between individual vertebrae that represents the desired correction. |
| 32D | designing an orthopedic implant to be positioned between an upper vertebra and a lower vertebra of the spine based on the virtual model such that the orthopedic implant has | DeGen designs implants to achieve the planned correction: |




As shown in the virtual models below, the implants are designed to be positioned between an upper vertebra and a lower vertebra of a virtual model of the patient's spine:



*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)*

| | | |
|---|---|---|
| 32E | an upper region configured to match geometry of the upper vertebra, | DeGen's "endplate-matched geometry" describes the upper region of the implant is configured to match a geometry of the upper vertebrae:<br><br><br>*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)* |
| 32F | a lower region configured to match geometry of the lower vertebra, and | DeGen's "endplate-matched geometry" describes the lower region of the implant is configured to match a geometry of the lower vertebrae: |

| | | |
|---|---|---|
| | | <br>*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)* |
| 32G | a height for spacing apart the upper vertebra and the lower vertebra to achieve the anatomical correction when the orthopedic implant is implanted between the upper vertebra and the lower vertebra; and | DeGen's implants are designed to achieve a planned disc height associated with the desired correction. Disc height is equivalent to a height spacing apart the upper vertebra and the lower vertebra. Therefore, the implants have the required height to achieve the anatomical correction when implanted. |

| | | |
|---|---|---|
| | | <br>*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)* |
| 32H | causing display of at least one of (a) a portion of the virtual model representing the anatomical correction and one or more metrics associated with the anatomical correction or (b) the orthopedic implant. | DeGen causes display of the virtual model representing the anatomical correction. |

| | | |
|---|---|---|
| | | That's personalized spine surgery!<br>#degenmedical #3dprinted<br><br><br>Jameil (Jay) Pendleton™ and 104 others 7 comments • 6 reposts<br><br>*https://www.linkedin.com/posts/antoniowebbmd_degenmedical-3dprinted-activity-7488718559741845504-QXwh* |