# EXHIBIT 10

**U.S. Patent No. 12,636,163**

| Claim Element | Claim Language | DeGen Medical's Evidence of Use |
|---|---|---|
| **Independent Claim 27** | | |
| 27P | A spinal implant comprising: | |
| 27A | a patient-specific intervertebral spacer having a unitary spacer body, including: |  *Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)* |

| | | |
|---|---|---|
| 27B | a superior face configured to contact a first endplate of a first vertebra of a patient, |   *Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)* |
| 27C | an inferior face configured to contact a second endplate of a second vertebra of the patient, |   *Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)* |

| | | |
|---|---|---|
| 27D | an anterior face, and | <br><br>*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)* |
| 27E | a first anchor channel extending between the anterior face and the superior face, wherein— | <br><br>*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)* |

| | | |
|---|---|---|
| 27F | a contoured portion of the superior face surrounds an exit opening of the first anchor channel, wherein the contoured portion has irregular contours configured to match contours of the first endplate, and | <br><br>*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)*<br><br>The irregular contouring is "configured to match contours of the first endplate" to ensure a patient-specific fit between the superior face of the implant and the corresponding vertebral body anatomy. |

| | | |
|---|---|---|
| 27G | a continuous lumen extending from an entrance opening at the anterior face to the exit opening; and |   *Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)* |

| | | |
|---|---|---|
| 27H | a first fixation element configured to extend through the lumen, out the exit opening, and into the first vertebra such that the first fixation element fixedly holds the contoured portion against of the first endplate, | <br>Head of fixation element visible – shaft must extend out exit opening and into bone to anchor<br><br>*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)*<br><br>Below is another example of a Degen patient-specific intervertebral spacer having a unitary body and anchored using fixation elements. |

| | | |
|---|---|---|
| | |  |
| 27I | wherein the unitary spacer body has a dense load-bearing portion and a lattice structure extending between at least a portion of the first anchor channel and the dense load-bearing portion. |  |

| | | |
|---|---|---|
| | | *Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)*<br><br>Below is another example of a Degen patient-specific intervertebral spacer having a unitary body meeting this claim element.<br><br> |
| **Independent Claim 33** | | |
| 33P | A spinal implant comprising: | |

| | | |
|---|---|---|
| 33A | a patient-specific intervertebral spacer having a unitary spacer body, including: |  *Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)* |
| 33B | a first face configured to contact a first endplate of a first vertebra of a patient, the first face including a first contoured portion surrounding a first aperture in the first face, |   The first face is "configured to contact" a first endplate of a first vertebra as shown in the virtual model: |

| | | |
|---|---|---|
| | | <br>*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)* |
| 33C | wherein the first contoured portion has first irregular contours configured to mate with a corresponding first contouring of the first endplate; | <br><br>The irregular contouring is "configured to mate with a corresponding first contouring of the first endplate" to ensure a |

| | | |
|---|---|---|
| | | patient-specific fit between the superior face of the implant and the corresponding vertebral body anatomy.<br><br>*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)* |
| 33D | a second face configured to contact a second endplate of a second vertebra of the patient; | <br><br><br>*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)* |

| | | |
|---|---|---|
| 33E | an anterior face having a second aperture; and | <br>*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)* |

| | | |
|---|---|---|
| 33F | an anchor channel extending between the second aperture in the anterior face and the first aperture in the superior face, wherein the anchor channel includes a tubular wall defining a continuous lumen between the first aperture and the second aperture, and |   *Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)* |

| | | |
|---|---|---|
| 33G | wherein the anchor channel is configured to receive a fixation element to fixedly hold the first contoured portion of the first face against the corresponding first contouring of the first endplate, | <br>Head of fixation element visible – shaft must extend out exit opening and into bone to anchor<br><br>*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)*<br><br>Below is another example of a Degen patient-specific intervertebral spacer having a unitary body and anchored using fixation elements. |

| | | |
|---|---|---|
| | |  |
| 33H | wherein the unitary spacer body has a dense load-bearing portion and a lattice structure positioned between at least a portion of the anchor channel and the dense load-bearing portion. |  |

| | | |
|---|---|---|
| | | *Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)*<br><br>Below is another example of a Degen patient-specific intervertebral spacer having a unitary body meeting this claim element.<br><br><br> |