# EXHIBIT 12

**U.S. Patent No. 12,678,228**

| Claim Element | Claim Language | DeGen Medical's Evidence of Use |
|---|---|---|
| **Independent Claim 34** | | |
| 34P | A patient-specific implant system, comprising: | <br>*Solar Interbody Fusion System with Solar-S Cage and Tusk Inserter (12-33NXX) (MKG-12001-01 Solar STG.pdf)*. See also *Solar-A Cage and Tusk Inserter (12-38N01)*<br><br>The image above shows DeGen's generic Solar implant system including an inserter instrument. The inserter instrument is also used with patient-specific Solar implants as indicated by the presence of identical inserter features on the patient-specific implants shown below.<br>  |

| | | |
|---|---|---|
| | | *Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT); Solar PSI Anterior Lumbar Interbody Fusion System Surgical Technique Guide (MKG-17001 Rev 01).* |
| 34A | a patient-specific cage sized and shaped to be inserted between endplates of a superior and inferior vertebrae and positioned at a target intervertebral position, | As reflected in DeGen's slides below, DeGen provides implants that are "designed from patient anatomy" and have "one implant, one fit." Thus, DeGen provides patient-specific implants. The implants include patient-specific cages that are inserted between superior and inferior vertebrae, as shown in the x-ray images in the first slide and the anatomical model in the second slide. The implants are positioned at a target position because, as DeGen reports, the implants have "one fit."   |

| | | |
|---|---|---|
| | | <br><br>*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)*<br><br>*Solar Interbody Fusion System with Solar-S Cage and Tusk Inserter (12-33NXX) (MKG-12001-01 Solar STG.pdf).* |

| | | |
|---|---|---|
| 34B | wherein the patient-specific cage has patient-specific surfaces configured to mate with the endplates of the superior and inferior vertebrae when positioned at the target intervertebral position; and | The patient-specific cages have "endplate-matched geometry," which is the same as patient-specific surfaces configured to mate with the endplates:<br><br><br>*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)*<br>Below are several examples of DeGen's patient-specific cages with endplate matched geometries:<br>  |

| | | |
|---|---|---|
| | | *Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT); Solar PSI Anterior Lumbar Interbody Fusion System Surgical Technique Guide (MKG-17001 Rev 01).* |
| 34C | an anterior positioning structure configured to engage the patient-specific cage and an anterior surface of the superior and/or inferior vertebra, wherein the anterior positioning structure includes— | A distal end region of DeGen's inserter instruments include aan anterior positioning structure.<br><br>First, the distal end region is configured to engage the patient-specific cage by being coupled thereto:<br><br><br><br><br>As DeGen's instructions explain, "[s]ecure the implant to the appropriate Tusk Inserter (12-33NXX, matching implant anterior height) by aligning the hook at the distal end of the inserter with the corresponding hole on the anterior face of the implant...Use |

| | | |
|---|---|---|
| | | the Short T20 Drive (12-53P) to engage the hexalobe at the proximal end of the instrument to thread the shaft into the implant."<br><br>*Page 29 of (MKG-12001-01 Solar STG.pdf)*<br><br>Second, the distal end region is further configured to engage the anterior surface of the superior vertebra:<br><br><br><br><br>As DeGen's instructions further explain, "[i]mpact the implant into the disc space." *Page 29 of (MKG-12001-01 Solar STG.pdf)*.<br><br>Accordingly, the distal end portion of the inserter instrument is an anterior positioning structure because it engages the implant and the anterior surface of the vertebra to assist with positioning the cage at the target location. |

| | | |
|---|---|---|
| 34D | one or more contact regions configured to abut with the anterior surface of the superior and/or inferior vertebra, and | The tabs that extend upwardly from the inserter instrument (i.e., the anterior positioning structure) are "contact regions" configured to abut the anterior surface of the superior vertebra:   *Solar Interbody Fusion System with Solar-S Cage and Tusk Inserter (12-33NXX) (MKG-12001-01 Solar STG.pdf).* |
| 34E | an intermediate projection configured to extend between the endplates of the superior and inferior vertebrae when the one or more contact regions abut with the anterior surface of the superior and/or | The inserter instrument (i.e., the anterior positioning structure) includes a projection that extends distally of the tabs/contact regions. Because the tabs are configured to abut the anterior surface of the superior vertebra, the projection extends between |

| | | |
|---|---|---|
| | inferior vertebra to contact the patient-specific cage, | the endplates when the tabs abut the anterior surface of the superior vertebra.<br><br> |

| | | |
|---|---|---|
| | |  *(MKG-12001-01 Solar STG.pdf)*. |

| | | |
|---|---|---|
| 34F | wherein the intermediate projection has a length of between 1mm and 20mm and a posterior terminus of the intermediate projection is configured to extend past at least one of a first cortical rim of the superior vertebra and/or a second cortical rim of the inferior vertebra by between 1mm and 10mm in posterior direction |  The red arrow indicates a length of the intermediate projection (based on the cage having a depth between 24mm and 30mm) is between 1mm and 20mm. |
| 34G | wherein an entire contact region between the implant system and the endplates of the superior and inferior vertebrae comprise patient-specific contouring. | DeGen's system is shown to have the entire contact region between the vertebral endplates having patient-specific contouring. |
| **Independent Claim 38** | | |

| | | |
|---|---|---|
| 38P | A patient-specific implant system, comprising: | <br>*Solar Interbody Fusion System with Solar-S Cage and Tusk Inserter (12-33NXX) (MKG-12001-01 Solar STG.pdf).* See also *Solar-A Cage and Tusk Inserter (12-38N01)*<br><br>The image above shows a generic Solar implant system including an inserter instrument. The inserter instrument is also used with patient-specific Solar implants as indicated by the presence of identical inserter features on the patient-specific implants shown below.<br><br> <br>*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT); Solar PSI Anterior Lumbar Interbody Fusion System Surgical Technique Guide (MKG-17001 Rev 01).* |

| | | |
|---|---|---|
| 38A | a patient-specific cage sized and shaped to be inserted between endplates of a superior and inferior vertebrae and positioned at a target intervertebral position, | As reflected in DeGen's slides below, DeGen provides implants that are "designed from patient anatomy" and have "one implant, one fit." Thus, DeGen provides patient-specific implants. The implants include patient-specific cages that are inserted between superior and inferior vertebrae, as shown in the x-ray images in the first slide and the anatomical model in the second slide. The implants are positioned at a target position because, as DeGen reports, the implants have "one fit."   |

| | | |
|---|---|---|
| | | <br><br>*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)*<br><br><br>*Solar Interbody Fusion System with Solar-S Cage and Tusk Inserter (12-33NXX) (MKG-12001-01 Solar STG.pdf).* |

| | | |
|---|---|---|
| 38B | wherein the patient-specific cage has patient-specific surfaces configured to mate with the endplates of the superior and inferior vertebrae when positioned at the target intervertebral position; and | The patient-specific cages have “endplate-matched geometry,” which is the same as patient-specific surfaces configured to mate with the endplates.<br><br><br>*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)*<br>Below are several examples of DeGen’s patient-specific cages with endplate matched geometries.<br>  |

| | | |
|---|---|---|
| | | *Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT); Solar PSI Anterior Lumbar Interbody Fusion System Surgical Technique Guide (MKG-17001 Rev 01).* |
| 38C | an anterior positioning structure having— | DeGen's systems include an inserter instrument that is used to position the implant. The inserter instrument contacts an anterior surface of the vertebral anatomy to do so. Thus, DeGen's inserter is an anterior positioning structure.<br><br> |

| | | |
|---|---|---|
| | | <br>*Solar Interbody Fusion System with Solar-S Cage and Tusk Inserter (12-33NXX) (MKG-12001-01 Solar STG.pdf).* |
| 38D | one or more contact regions configured to abut with an anterior surface of the superior and/or inferior vertebra, and | The tabs that extend upwardly from the anterior positioning structure are "contact regions" configured to abut the anterior surface of the superior vertebra: |

| | | |
|---|---|---|
| | |  *Solar Interbody Fusion System with Solar-S Cage and Tusk Inserter (12-33NXX) (MKG-12001-01 Solar STG.pdf).* |
| 38E | an intermediate projection releasably coupleable to the patient-specific cage and configured to extend between the endplates of the superior and inferior vertebrae when the one or more contact regions abut with the anterior surface of the superior and/or inferior vertebra, | The inserter instrument (i.e., anterior positioning structure) includes a projection that extends distally of the tabs/contact regions. Because the tabs are configured to abut the anterior surface of the superior vertebra, the projection by necessity is distal to the anterior surface of the superior vertebra, and thus extending between the endplates. |

| | | |
|---|---|---|
| | | Intermediate projection<br>Contact regions abutting anterior vertebral surface—projection (not visible) must be between vertebral body endplates |

| | | |
|---|---|---|
| | | *Solar Interbody Fusion System with Solar-S Cage and Tusk Inserter (12-33NXX) (MKG-12001-01 Solar STG.pdf).*<br><br>Further, the projection contacts the patient-specific cage. The projection couples the anterior positioning structure to the patient-specific cage.<br><br><br><br><br>*Solar Interbody Fusion System with Solar-S Cage and Tusk Inserter (12-33NXX) (MKG-12001-01 Solar STG.pdf).* |

| | | |
|---|---|---|
| 38F | wherein, when the intermediate projection is releasably coupled to the patient-specific cage and the one or more contact regions abut with the anterior surface of the superior and/or inferior vertebra, an anterior aspect of the patient-specific cage is positioned within 1mm to 20mm of an anterior margin of the superior and/or inferior vertebra and a posterior terminus of the intermediate projection extends past at least one of a first cortical rim of the superior vertebra and/or a second cortical rim of the inferior vertebra by between 1mm and 10mm in a posterior direction, and |  The red arrow shows length of the intermediate projection (based on the cage having a depth between 24mm and 30mm) for positioning the patient-specific cage between 1mm and 20mm from the anterior margin of a vertebra. |
| 38G | wherein an entire contact region between the implant system and the endplates of the superior and inferior vertebrae comprise patient-specific contouring. | The entire contact region of the DeGen implant and the vertebral endplates have patient-specific contouring. |

<table>
<tr>
<td></td>
<td></td>
<td>



*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)*
</td>
</tr>
</table>