# EXHIBIT 14

**U.S. Patent No. 12,708,517**

| Claim Element | Claim Language | DeGen Medical's Evidence of Use |
|---|---|---|
| | **Independent Claim 1** | |
| 1P | A method comprising: | |
| 1A | receiving at least one image of a patient; |  |

| | | |
|---|---|---|
| | | *Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)*<br><br>[https://www.linkedin.com/posts/antoniowebbmd_spinesurgery-spinesurgeon-alif-activity-7435680615947067392-3skD](https://www.linkedin.com/posts/antoniowebbmd_spinesurgery-spinesurgeon-alif-activity-7435680615947067392-3skD) |

| | | |
|---|---|---|
| 1B | generating, using a computer system, a virtual model representing at least a portion of a spine of the patient in the at least one image; | <br><br>*https://www.linkedin.com/posts/antoniowebbmd_spinesurgery-spinesurgeon-alif-activity-7435680615947067392-3skD*<br><br>A 3D virtual model is created using CAD software and based on imaging. The virtual model of at least a portion of the patient's spine is shown in green and red. |
| 1C | determining one or more spatial relationships between anatomical elements of the virtual model to represent an anatomical correction; |  |

| | | |
|---|---|---|
| | | *Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)*<br><br>The illustrated virtual implant determines a relationship between the adjacent endplates.<br><br><br><br>[*https://www.linkedin.com/posts/antoniowebbmd_degenmedical-3dprinted-activity-7488718559741845504-QXwh*](https://www.linkedin.com/posts/antoniowebbmd_degenmedical-3dprinted-activity-7488718559741845504-QXwh)<br><br>The green virtual models represent the anatomical correction. |

That's personalized spine surgery!
#degenmedical #3dprinted




Jameil (Jay) Pendleton™ and 104 others · 7 comments • 6 reposts







*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)*

As DeGen explains, the one or more spatial relationships between anatomical elements of the virtual model represent an anatomical correction, and can include, for example, at least a planned height and a planned lordosis.

| | | |
|---|---|---|
| 1D | designing a patient-specific interbody cage configured to be implanted along the spine of the patient, the patient-specific interbody cage including | <br>Solar<br><br><br>Impulse<br><br><br>*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)*<br><br>"DeGen Medical, Inc. an innovator in spinal implant manufacturing focused on Augmented Reality and Patient Specific Solutions announced that Dr. Camilo Molina became the first surgeon to implant the Puri-Ti™ patient specific spinal |

| | | |
|---|---|---|
| | | implant. The procedure was performed at Barnes-Jewish Hospital in St. Louis, Missouri. Treatment included the creation of a unique <u>patient specific implant design</u> to treat a rare progressive disorder of the spinal column.”<br><br>*https://www.globenewswire.com/news-release/2023/08/23/2730535/0/en/degen-medical-announces-historic-first-patient-specific-surgery-with-dr-camilo-molina-at-barnes-jewish-hospital.html* |
| | a first patient-specific endplate with a first topography configured to match a first surface of a first vertebral endplate of the patient, wherein the first vertebral endplate includes a graft-receiving aperture; | <br>*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)*<br><br><u>Solar</u><br> |

| | | |
|---|---|---|
| | | <br>*MKG-12001.01 Solar STG.pdf*<br><br><u>Impulse</u><br> |

| | | |
|---|---|---|
| | |   “Superior and inferior faces feature a central aperture to constrain bone graft. The Impulse™ PSI spacers are available in two configurations: Impulse™ PSI and Impulse™ PSI Hyperlordotic.” *MKG-17002-PSI-IFU.pdf*   |

| | | |
|---|---|---|
| 1F | a second patient-specific endplate with a second topography configured to match a second surface of a second vertebral endplate of the patient, wherein the first topography is different from the second topography; | "All implants may include patient matched endplates when provided with an adequate CT scan."<br>*MKG-17002-PSI-IFU.pdf*<br><br><br><br><br>*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT*)<br><br>Patients inherently have unique adjacent endplates due to differences between vertebral bodies. |
| 1G | a graft chamber extending from the graft-receiving aperture and configured to hold graft material delivered through the graft-receiving aperture; | The implants shown below have graft chambers.<br><br><u>Solar</u> |

| | | |
|---|---|---|
| | | <br><br><u>Impulse</u><br><br>Standard Contoured D-Shaped |
| 1H | a sidewall extending between the first vertebral endplate and the second vertebral endplate, wherein the sidewall includes | <u>Solar</u> |

| | | |
|---|---|---|
| | | <br>Impulse<br> |
| 1I | at least one lattice region, and | Solar |

| | | |
|---|---|---|
| | | <br>Impulse<br> |
| 1J | a solid region extending from the at least one lattice region to the first patient-specific endplate, wherein the solid region at least partially defines a patient-specific solid edge region extending about and surrounding the first patient-specific endplate; and | Solar |

| | | |
|---|---|---|
| | | <br>Impulse<br> |
| 1K | manufacturing the patient-specific interbody cage. | "Manufactured from DeGen Medical's Proprietary Titanium PURI-TI™ Diamond Lattice Structure Increases Visualization While Maintaining Mechanical Integrity."<br><br>https://degenmedical.com/product/solar/https://degenmedical.com/product/solar/ |
| **Independent Claim 10** | | |
| 10P | An anti-subsidence spinal implant system comprising: | The superior and inferior endplates feature a porous surface to mitigate subsidence and expulsion. |

| | | |
|---|---|---|
| | | MKG-17002-PSI-IFU.pdf |
| 10A | a patient-specific interbody cage configured to be implanted along a spine of a patient, the patient-specific interbody cage including | <br>*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)* |
| 10B | a first patient-specific endplate with a first topography configured to match a first surface of a first vertebral endplate of the patient, wherein the first vertebral endplate includes a graft-receiving aperture; | "All implants may include patient matched endplates when provided with an adequate CT scan."<br>*MKG-17002-PSI-IFU.pdf*<br><br><br>*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)* |

| | | |
|---|---|---|
| 10C | a second patient-specific endplate with a second topography configured to match a second surface of a second vertebral endplate of the patient, wherein the first topography is different from the second topography; | "All implants may include patient matched endplates when provided with an adequate CT scan." *MKG-17002-PSI-IFU.pdf*   *Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT* <br><br> Patients inherently have unique adjacent endplates due to differences between vertebral bodies. |
| 10D | a graft chamber extending from the graft-receiving aperture and configured to hold graft material delivered through the graft-receiving aperture; | <u>Solar</u> |

| | | |
|---|---|---|
| | | <br><br><u>Impulse</u><br><br><br><br>The graft chamber is internal to the implant, contiguous with the graft receiving aperture. |
| 10E | a sidewall extending between the first vertebral endplate and the second vertebral endplate, wherein the sidewall includes | <u>Solar</u> |

| | | |
|---|---|---|
| | | <br><br>Impulse<br><br> |
| 10F | at least one lattice region, and | Solar |

| | | |
|---|---|---|
| | | <br><br><u>Impulse</u><br><br> |
| 10G | a solid region extending from the at least one lattice region to the first patient-specific endplate, wherein the solid region at least partially defines a patient-specific solid edge region extending about and surrounding the first patient-specific endplate. | <u>Solar</u> |

| | | |
|---|---|---|
| | | <br>Impulse<br> |
| **Independent Claim 19** | | |
| 19P | An anti-subsidence spinal implant system comprising: | "The superior and inferior endplates feature a porous surface to mitigate subsidence and expulsion."<br>*MKG-17002-PSI-IFU.pdf* |

| | | |
|---|---|---|
| 19A | a patient-specific interbody cage configured to be implanted along a spine of a patient, the patient-specific interbody cage including | <br>*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)* |
| 19B | a first patient-specific endplate with a first irregular contoured surface to mate with a first vertebral endplate of the patient; | "All implants may include patient matched endplates when provided with an adequate CT scan."<br>*MKG-17002-PSI-IFU.pdf* |
| 19C | a second patient-specific endplate with a second irregular contoured surface to mate with a second vertebral endplate of the patient, wherein the first irregular contoured surface is different from the second irregular contoured surface; and | "All implants may include patient matched endplates when provided with an adequate CT scan."<br>*MKG-17002-PSI-IFU.pdf*<br> |

| | | |
|---|---|---|
| | | Patients inherently have unique adjacent endplates due to differences between vertebral bodies. |
| 19D | a body extending between the first vertebral endplate and the second vertebral endplate and defining a graft holding chamber, wherein the body includes |   *MKG-12001.01 Solar STG.pdf* |
| 19E | a plurality of lattice regions having different sizes and being located directly between the first patient-specific endplate and the second patient-specific endplate and defining at least a portion of the graft holding chamber, |   The lattice regions, including those identified above, have different sizes. |

| | | |
|---|---|---|
| 19F | a patient-specific solid edge region extending about an entire periphery of the first patient-specific endplate, and |  |
| 19G | a plurality of struts coupled to the patient-specific solid edge region and extending along one or more of the plurality of lattice regions. | The images below show struts coupled to the solid edge regions.  |

| | | |
|---|---|---|
| | | <br>*https://www.linkedin.com/posts/antoniowebbmd_degenmedical-3dprinted-activity-7488718559741845504-QXwh* |