# EXHIBIT 16

**U.S. Patent No. 12,734,040**

| Claim Element | Claim Language | DeGen Medical's Evidence of Use |
|---|---|---|
| | **Independent Claim 15** | |
| 15P | A patient-specific spinal interbody implant comprising: | <br>*DeGen Medical Solar PSI Anterior Lumbar Interbody Fusion System Surgical Technique Guide, MKG-17001 ("DeGen's PSI Guide").* |

| | | |
|---|---|---|
| | |  |
| 15A | a cage body including |  |

| | | |
|---|---|---|
| 15B | a first patient-specific endplate having a first patient-contoured region configured to contact a first endplate of a spine of a patient, |   DeGen's patient-specific implants have "endplate-matched geometry," indicating that the first patient-contoured region is configured to contact a first endplate:   |

| | | |
|---|---|---|
| | | *Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)* |
| 15C | a second patient-specific endplate having a second patient-contoured region configured to contact a second endplate of the spine, |   DeGen's patient-specific implants have "endplate-matched geometry," indicating that the second patient-contoured region is configured to contact a second endplate. |

| | | |
|---|---|---|
| | | <br>*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)* |
| 15D | a first lattice region positioned between the first patient-specific endplate and the second patient-specific endplate, |  |

| | | |
|---|---|---|
| 15E | a second lattice region positioned between the first patient-specific endplate and the second patient-specific endplate, |   |
| 15F | a continuous tubular portion defining an anchor-receiving throughhole extending through the cage body, and |   |

| | | |
|---|---|---|
| 15G | a strut extending between the first patient-specific endplate and the second patient-specific endplate, wherein the strut is positioned between the first lattice region and the second lattice region, and wherein the second lattice region is positioned between the strut and an entrance opening of the anchor-receiving throughhole. |   |

| Independent Claim 23 | | |
|---|---|---|
| 23P | A patient-specific spinal interbody implant comprising: | <br><br>*DeGen's PSI Guide* |

| | | |
|---|---|---|
| 23A | a cage configured to be implanted along a spine of a patient, the cage including | <br><br><br>*DeGen's PSI Guide.*<br><br>DeGen's PSI Guide explains that the patient-specific implant includes a component number "used to indicate the level at which the spacer will be implanted (NN)." The level refers to a vertebral segment, which means the cage is "configured to be implanted along a spine of a patient." |

| | | |
|---|---|---|
| 23B | a first endplate having a first patient-contoured region, | <br><br>DeGen's patient-specific implants have "endplate-matched geometry," indicating that the first endplate has a first patient-contoured region:<br><br><br>*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)* |

| | | |
|---|---|---|
| 23C | a second endplate having a second patient-contoured region, | <br><br><br>The second endplate has a second patient-contoured region (not visible) for abutting the lower vertebral endplate.<br><br>DeGen's patient-specific implants have "endplate-matched geometry," indicating that the second endplate has a second patient-contoured region: |

| | | |
|---|---|---|
| | |   *Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)* |
| 23D | an interior region between the first endplate and the second endplate and including plurality of solid regions and a plurality of lattice regions, wherein each of the plurality of solid regions is located between a respective pair of the plurality of lattice regions, and |   |

| | | |
|---|---|---|
| 23E | an anchor-receiving throughhole extending through the cage and the first patient-contoured region; and |  |
| 23F | an anchor configured to be positioned within the anchor-receiving throughhole and to extend through the first endplate of the cage and a first anatomical endplate of the spine such that the first patient-contoured region is positioned along the first anatomical endplate. | <br>DeGen's Solar-S implant has anchors configured...to extend...through...a first anatomical endplate...such that the first patient-contoured region is positioned along the first anatomical endplate. This is also reflected by X-ray images and models that DeGen has published showing its patient-specific Solar-S implants implanted along a patient's spine: |




*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)*




*https://www.linkedin.com/posts/antoniowebbmd_spinesurgery-spinesurgeon-alif-activity-7435680615947067392-3skD*

| **Independent Claim 31** | | |
|---|---|---|
| 31P | An interbody implant comprising: | <br>*DeGen's PSI Guide.* |

<table>
<tr>
<td>31A</td>
<td>a first patient-specific endplate having a first patient-contoured region configured to contact a first endplate of a spine of a patient;</td>
<td>



DeGen's patient-specific implants have "endplate-matched geometry," indicating that the first endplate has a first patient-contoured region configured to contact a first endplate of the patient's spine:



</td>
</tr>
</table>

| | | |
|---|---|---|
| | | *Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)* |
| 31B | a second patient-specific endplate having a second patient-contoured region configured to contact a second endplate of the spine; |   The second endplate has a second patient-contoured region for abutting the lower vertebral endplate.<br><br>DeGen's patient-specific implants have "endplate-matched geometry," indicating that the second endplate has a second patient-contoured region configured to contact a second endplate of the patient's spine: |

| | | |
|---|---|---|
| | | <br>*Dr. Blumenthal, Selby Spine Meeting 2026 (February 4-7, 2026, Deer Valley, UT)* |
| 31C | a lattice region positioned between the first patient-specific endplate and the second patient-specific endplate; |  |

| | | |
|---|---|---|
| 31D | a strut positioned between the first patient-specific endplate and the second patient-specific endplate; |   |
| 31E | a graft opening extending between the first patient-specific endplate and the second patient-specific endplate; and |   |

| | | |
|---|---|---|
| | | As shown below, the graft opening extends between the first and second endplates<br> |
| 31F | a tubular portion defining an anchor-receiving throughhole extending through the interbody implant, wherein the tubular portion includes a convex sidewall that extends toward and defines a portion of the graft opening, and wherein the convex sidewall has a patient-contacting edge portion with a patient-specific topography that matches a topography of the first endplate. | <br><br>The patient-contacting edge portion has a custom topography to seat against the vertebral endplate. |